[No. 25765-3-II.  Division Two.  November 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ARTHUR GOODELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01018-1, Stephen M. Warning, J., entered March 23, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25928-1-II.  Division Two.  November 2, 2001.]

THE CITY OF LAKEWOOD, *Appellant*, v. BJORN G. OLSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-07371-7, Frederick B. Hayes, J., entered April 7, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 26288-6-II.  Division Two.  November 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. MAJOR, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00075-7, George L. Wood, J., entered August 4, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater, J.; Quinn-Brintnall, J., dissenting.

[No. 26326-2-II.  Division Two.  November 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA B. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-8-00565-1, Scott C. Nielsen, J. Pro Tem., entered October 22, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.